UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

FILED
SEP 28 2001
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
CAPE GIRARDEAU

| | |
|---|---|
| RHONDA (MOSES) WARREN, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| vs. ) | Case No. 1:97CV 176 LMB |
| ) | |
| MISSOURI DIVISION OF ) | |
| YOUTH SERVICES, et al, ) | |
| ) | |
| Defendant(s). ) | |

**AMENDED JUDGMENT**

In accordance with the Memorandum and Order filed this date, the following judgment amending the Judgment entered on the jury verdict on October 31, 2000, is entered:

**IT IS ORDERED, ADJUDGED AND DECREED** that judgment is entered on behalf of plaintiff, Rhonda Moses Warren, and against defendants, the Division of Youth Services of the Missouri Department of Social Services and Steve Prejean, jointly and severally in the amount of $60,000.00 for plaintiff's lost wages and benefits through October 31, 2000, and in the amount of $150,000.00 for plaintiff's other damages, excluding past and future lost wages and benefits, for a total judgment amount of $210,000.00 on plaintiff's claims for sex discrimination and retaliation under Title VII and sex discrimination pursuant to the Equal Protection Clause under 42 U.S.C. § 1983.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that judgment is entered on behalf of plaintiff, Rhonda Moses Warren, and against Steve Prejean in the amount of $100,000.00 as punitive damages on plaintiff's claim of sex discrimination pursuant to the Equal Protection Clause under 42 U.S.C. § 1983.

#132

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that judgment is entered on behalf of plaintiff, Rhonda Moses Warren, and against defendants, the Division of Youth Services of the Missouri Department of Social Services and Steve Prejean, jointly and severally in the amount of $110,221.50 as attorney fees for Foland & Wickens, P.C. and for costs incurred by Foland & Wickens, P.C. in the amount of $9,006.28.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that judgment is entered on behalf of plaintiff, Rhonda Moses Warren, and against defendants, the Division of Youth Services of the Missouri Department of Social Services and Steve Prejean, jointly and severally in the amount of $5,512.50 as attorney fees for Lisa Lange.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED** that judgment is entered on behalf of plaintiff, Rhonda Moses Warren, and against defendant, the Division of Youth Services of the Missouri Department of Social Services, in the amount of $31,212.50 as attorney fees for the Oliver Law Firm and for costs incurred by the Oliver Law Firm in the amount of $3,740.90.

                                                                                  _____
                                                                                  LEWIS M. BLANTON
                                                                                  UNITED STATES MAGISTRATE JUDGE

Dated this 28th day of September, 2001.

UNITED STATES DISTRICT COURT EASTERN MISSOURI
INTERNAL RECORD KEEPING

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE FOLLOWING INDIVIDUALS ON 09/28/01 by cgould
        1:97cv176    Warren vs Steward

42:2000e  Job Discrimination (Employment)

| Name | ID | Fax |
|---|---|---|
| Barbara Frazier | 40369 | 314-872-5194 |
| Joanna Fryer | 59655 | 312-627-1717 |
| Karen Glickstein | - | 816-472-6262 |
| Lisa Lange | 69868 | 573-332-0307 |
| John Lynch | 3720 | 314-340-7891 |
| Denise McElvein | - | 314-340-7891 |

SCANNED & FAXED BY:

SEP 2 8 2001

CSG